ROBERT E. SCHUMACHER, ESQ. (Nevada Bar No. 7504)
ROBERT S. LARSEN, ESQ. (Nevada Bar No. 7785)
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: rschumacher@gordonrees.com
       rlarsen@gordonrees.com
*Attorneys for Defendants/Counterclaimants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHW LAS VEGAS, LLC, | CASE NO. 2:11-cv-1202-PMP-CWH |
| Plaintiff, | |
| v. | [Clark County District Court Case No. A-11-637980-B, Dept. XI] |
| WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC; WESTGATE RESORTS, LTD.; CFI RESORTS MANAGEMENT, INC.; CENTRAL FLORIDA INVESTMENTS, INC.; DAVID A. SIEGEL, individually and as Trustee of the DAVID A. SIEGEL IRREVOCABLE TRUST; and DOES I through X, inclusive, | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Defendants. | |
| WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC; WESTGATE RESORTS, LTD.; and DOES I through X, inclusive, | |
| Counterclaimants, | |
| v. | |
| PHW LAS VEGAS, LLC; and ROES I through X, inclusive, | |
| Counterdefendants. | |

Plaintiff and Defendants hereby stipulate that the parties voluntarily dismiss with prejudice all claims asserted or that could have been asserted in this Action, with each party to bear its own attorney's fees and costs incurred in connection with this Action.

DATED this 21st day of November, 2011

| SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON | GORDON & REES LLP |
|---|---|
| /s/ Nicholas J. Santoro | /s/ Robert E. Schumacher |
| Nicholas J. Santoro (Nevada Bar No. 0532) | Robert E. Schumacher (Nevada Bar No. 7504) |
| F. Thomas Edwards (Nevada Bar No. 9549) | Robert S. Larsen (Nevada Bar No. 7785) |
| 400 South Fourth Street, Third Floor | 3770 Howard Hughes Parkway, Suite 100 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89169 |
| Telephone: (702) 791-0308 | Telephone: (702) 577-9300 |
| Facsimile: (702) 791-1912 | Facsimile: (702) 255-2858 |
| Email: nsantoro@nevadafirm.com | Email: rschumacher@gordonrees.com |
| tedwards@nevadafirm.com | rlarsen@gordonrees.com |
| *Attorneys for Plaintiff/Counterdefendant* | *Attorneys for Defendants/Counterclaimants* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED  November 22, 2011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 22nd day of November, 2011 and pursuant to FRCP 5(b), I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE,** postage pre-paid (if necessary) and addressed to:

NICHOLAS J. SANTORO, ESQ.
F. THOMAS EDWARDS, ESQ.
Santoro, Driggs, Walch, Kearney, Holley & Thompson
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for PHW Las Vegas, LLC*

/s/ Marie Ogella
An employee of Gordon & Rees LLP

WPH/1069764/10626630v.1

-3-